1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Rene Baron–St.Laurent, et al.,<br><br>                 Plaintiffs,<br><br>          v.<br><br>Arizona Department of Human Services, et al.,<br><br>                 Defendants. | CASE NO:<br>CV–19–05443–PHX–DJH (JFM)<br><br><br>**NOTICE OF ASSIGNMENT** |

On October 17, 2019, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge Diane J Humetewa and has been referred to Magistrate Judge James F Metcalf (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

DATED this 17th day of October, 2019.

*s/Brian D. Karth*
_____

Brian D. Karth
District Court Executive/Clerk

cc: Plaintiff

1

2

3

4

5

6

7

8

WARNING!

9

Failure to comply with the following rules will result in your document being STRICKEN

10

and/or your case being DISMISSED:

11

(1)   You must file a Notice of Change of Address if your address changes.

12

(2)   You must correctly label any further documents with the above assigned

13

caption and case numbers. LRCiv 7.1(a).

14

(3)   You must sign your name and date every document you file. FED. R. CIV. P. 11.

15

(4)   If applicable, you must provide an original and one copy of any document to

16

be filed. If you request a conformed copy, you must provide an original

17

and two (2) copies. LRCiv 5.4. This does not apply to prisoner e−filers.

18

(5)   If applicable, you must mail copies of every document you file to all respondents.

19

or their attorneys, FED. R. CIV. P. 5(a), and every document you file

20

must include a certificate stating the date a copy of the document was mailed

21

to respondents or their attorneys. This does not apply to prisoner e−filers.

22

(6)   The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2.

23

24

25

26

27

28